UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LAWRANCE GETTY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DEPT. OF TREASURY, et al., <br><br> Defendants. | No. 2:17-cv-02464-KJM-GGH <br><br><br><br> ORDER |

Paul Lawrance Getty and Julie Ann Getty, appearing pro se in this civil rights action, have requested that the court appoint counsel to represent them. ECF Nos. 2, 5. The district court has discretion to appoint counsel for indigent civil litigants under 28 U.S.C. section 1915(e)(1). Plaintiffs are not, however, in forma pauperis parties. There is no constitutional right to appointed counsel in a section 1983 action as this one is. McBride v. Servantes, 2016 W: 4793189 *1 (9th Cir. 2016); see also Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981); Trujillo v. Bravo, 2009 WL 10681796 *1 (9th Cir. 2009) citing Johnson v. Johnson, 466 F.3d 1213, 217 (10th Cir. 2006). Moreover, the court has reviewed the pleadings and does not believe the appointment of counsel advisable.

////

////

////

1

In light of the foregoing IT IS HEREBY ORDERED that: Plaintiffs' Motions for Appointment of Counsel are DENIED.

Dated: December 13, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE